UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **JAN 2 8 2016**

---

Securities and Exchange Commission,

Plaintiff,

—v—

Kaleil Isaza Tuzman, *et al.*,

Defendants.

---

15-cv-7057 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 13, 2016, the United States Attorney for the Southern District of New York moved to intervene in this case and to stay discovery pending the resolution of a parallel criminal proceeding. On January 27, 2016, Defendant Kaleil Isaza Tuzman requested permission to file his opposition to the public docket with certain factual background information redacted. The Court has reviewed the proposed redactions. Given the limited scope of the sealing request and the sensitive nature of the information contained in the filing, the Court provisionally grants Tuzman's request to redact the highlighted portions of its sealed submission. Although Tuzman's opposition is a judicial document to which a presumption of access attaches, the Court finds that the presumption is outweighed in this case by the "higher value[]" of protecting Tuzman's privacy. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006); *see also United States v. Amodeo*, 44 F.3d 141, 147 (2d Cir. 1995). Tuzman shall promptly file the redacted version and the Court will file under seal unredacted copies of the relevant pages.

The Court does caution the parties, however, that its grant of the redaction request is a preliminary conclusion subject to reconsideration depending on the Court's resolution of the Government's motion.

SO ORDERED.

Dated: January ____, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge

2