

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022

RICHARD G. PRIMOFF
TELEPHONE: (212) 336-0148
FACSIMILE: (212) 336-1319

DEC 0 2 2019

November 27, 2019

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>SEC v. Tuzman, et al. (15 CV 7057) (AJN)</u>

Dear Judge Nathan:

> The Initial Pretrial Conference in this matter is hereby adjourned to March 20, 2020 at 3:00 p.m.
>
> SO ORDERED: 12/2/19
>
> HON. ALISON J. NATHAN
> UNITED STATES DISTRICT JUDGE

I write to convey the joint request of Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Kaleil Isaza Tuzman in the referenced proceeding for an adjournment until March 6, 2020 of the Initial Pretrial Conference, now scheduled for December 13, 2019 (DE 156). The Court has previously granted joint requests for adjournments of the conference, based on the unresolved status of post-trial motions and sentencing in the parallel criminal proceeding, *United States v. Isaza Tuzman*, 15 CR 536 (PGG) ("Criminal Proceeding"). We understand that the post-trial motions in the Criminal Proceeding, including a resolution of the issues presented in the *Fatico* hearing, remain pending before Judge Gardephe, and there is currently no new date scheduled for Defendant Isaza Tuzman's sentencing.

For the reasons previously expressed in the parties' prior joint requests, it is unlikely given the status of the Criminal Proceeding that counsel will be able to meaningfully confer on the subjects to be considered at a Rule 16 conference by December 13, 2019, or by the date of the conference itself.

Respectfully submitted,

Richard G. Primoff

cc: Counsel for Defendant Kaleil Isaza Tuzman (ECF)