

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 10 2020

RICHARD G. PRIMOFF
TELEPHONE: (212) 336-0148
FACSIMILE: (212) 336-1319

March 6, 2020

> The Initial Pretrial Conference in this matter is hereby adjourned to June 5, 2020 at 3:45 P.M.

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **SEC v. Tuzman, et al. (15 CV 7057) (AJN)**

Dear Judge Nathan:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes, joined by Defendant Kaleil Isaza Tuzman ("Tuzman"), to seek an adjournment until June 4, 2020 of the initial pretrial conference, now scheduled for March 20, 2020 (DE 159). The Court has previously granted joint requests for adjournments of the conference, based on the unresolved status of post-trial motions and sentencing in the parallel criminal proceeding, *United States v. Kaleil Isaza Tuzman*, 15 CR 536 (PGG) ("Criminal Proceeding"). The Commission understands that the post-trial motions in the Criminal Proceeding, including a resolution of the issues presented in the *Fatico* hearing, remain pending before Judge Gardephe, who has not yet scheduled a new date for Tuzman's sentencing.

For the reasons previously described in the parties' prior joint requests, it is unlikely that counsel will be able to meaningfully confer on the subjects to be considered at a Rule 16 conference until the post-trial motions are resolved and Tuzman is sentenced. The Commission and Tuzman therefore respectfully request that the Court grant an adjournment of the initial pretrial conference until June 4.

Respectfully submitted,

Richard G. Primoff

SO ORDERED: 3/10/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: Counsel for Tuzman (ECF)