

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022

RICHARD G. PRIMOFF
TELEPHONE: (212) 336-0148
FACSIMILE:  (212) 336-1319

May 12, 2020

> The Initial Pretrial Conference in this matter is hereby adjourned *sine die*.  The parties are ordered to submit a status letter when the criminal proceeding before Judge Gardephe is complete.

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>SEC v. Tuzman, et al. (15 CV 7057) (AJN)</u>

Dear Judge Nathan:

      Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes, joined by Defendant Kaleil Isaza Tuzman ("Tuzman"), to seek an adjournment until September 25, 2020 of the initial pretrial conference, now scheduled for June 5, 2020 (DE 161). The Court has previously granted joint requests for adjournments of the conference, based on the unresolved status of post-trial motions and sentencing in the parallel criminal proceeding, *United States v. Kaleil Isaza Tuzman*, 15 CR 536 (PGG) ("Criminal Proceeding"). The Commission understands that the post-trial motions in the Criminal Proceeding, including a resolution of the issues presented in the *Fatico* hearing, remain pending before Judge Gardephe, who has not yet scheduled a new date for Tuzman's sentencing.

      For the reasons previously described in the parties' prior joint requests, it is unlikely that counsel will be able to meaningfully confer on the subjects to be considered at a Rule 16 conference until the post-trial motions are resolved and Tuzman is sentenced. The Commission and Tuzman therefore respectfully request that the Court grant an adjournment of the initial pretrial conference until September 25, 2020.

Respectfully submitted,

s/Richard G. Primoff
Richard G. Primoff

cc: Kaleil Isaza Tuzman (ECF)

*SO ORDERED.*
*ALISON J. NATHAN, U.S.D.J.*
5/18/20