UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1.11.2021__

Securities and Exchange Commission,

                    Plaintiff,

          –v–

Tuzman, *et al.*,

                    Defendants.

15-cv-7057 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

          The parties are instructed to submit a brief joint letter on or before January 15, 2021

updating the Court on the status of the proceedings before Judge Gardephe.


          SO ORDERED.

 Dated: January 7, 2021
          New York, New York

_____
              ALISON J. NATHAN
          United States District Judge